UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-00002-JPH-CMM |
| | ) | |
| SHANE M. MEEHAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY**

On August 15, 2025, the Court received the results of the forensic evaluation conducted of the Defendant.  The Clerk shall docket the report **UNDER SEAL** and distribute copies to all counsel of record via CM/ECF. Any objections to the forensic evaluation shall be filed by **August 29, 2025**.  The parties **SHALL FILE** a joint status update by **September 5, 2025**.

**SO ORDERED.**

Date: 8/15/2025

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel