UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>SHANE M. MEEHAN,<br>        Defendant. | )<br>)<br>)<br>) Case No. 2:22-cr-00002-JPH-CMM<br>)<br>)<br>) |

## MOTION TO WITHDRAW DOCKET NO. 183

The United States of America, by counsel Thomas E. Wheeler II, United States Attorney, and Kathryn E. Olivier, William L. McCoskey, and Lindsay E. Karwoski, Assistant United States Attorneys, respectfully requests that the Court withdraw Docket No. 183, which was filed in error on December 12, 2025. The United States is contemporaneously filing a corrected document.

WHEREFORE, the United States respectfully requests that the Court issue an order withdrawing Docket No. 183.

                                            Respectfully submitted,

                                            THOMAS E. WHEELER II
                                            United States Attorney

By:    /s/ Kathryn E. Olivier
           Kathryn E. Olivier
           William L. McCoskey
           Lindsay E. Karwoski
           Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I certify that on December 12, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record via the Court's electronic filing system. Counsel may access this filing via CM/ECF.

    Monica Foster
    Gwendolyn M. Beitz
    Joseph M. Cleary
    INDIANA FEDERAL COMMUNITY DEFENDERS, INC.
    Monica_Foster@fd.org
    Gwendolyn_Beitz@fd.org
    Joe_Cleary@fd.org

    /s/ Kathryn E. Olivier
    Kathryn E. Olivier
    Assistant United States Attorney