**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>        Plaintiff,          )<br>          )<br>   v.          )<br>          )<br>SHANE M. MEEHAN,          )<br>        Defendant.          ) | 2:22-cr-00002-JPH-CMM |

**BELATED MOTION FOR EXTENSION TO FILE OBJECTION TO**
**MENTAL COMPETENCY EVALUATION AS ORDERED AT DOCKET 156**

Comes now, Shane Meehan, by counsel, and files this belated motion for an extension of time to file any objections to the mental competency evaluation as ordered at Docket 156, In support, counsel shows the following:

1. On August 29, 2025, the Court granted the defense motion for extension of time to file objections to Mr. Meehan's mental competency evaluation. [Dkt 156]. Mr. Meehan had been undergoing competency restoration procedures at FMC Butner for several months. On December 4, 2025, the Court and parties were notified that Mr. Meehan had arrived in the district. Per the Court's order, objections to the finding that Mr. Meehan is currently competent were due on January 2, 2025. The defense team failed to file a response. We sincerely apologize to the Court and to the U.S. Attorneys.

2. Lead defense counsel is amid a family emergency that began in the middle of November 2025. This has required unexpected absence from the office and an inability to travel to Mr. Meehan's location. Additional time is needed to allow this consultation in person with Mr. Meehan and prepare with defense team members. After discussions with the government, the parties have agreed to a sixty-day extension to file objections to the competency determination by the Federal Bureau of Prisons.

3. The defense team is scheduled to meet with Mr. Meehan in person. Defense team consultants and experts are engaged and working with counsel to prepare our response to the Bureau of Prisons competency determination.

4. Counsel have consulted with AUSA Lindsay Karwoski regarding this extension, and the government has no objection to it being granted.

5. The defense once again apologizes for the tardiness of this request. Based on the above, counsel for Mr. Meehan requests a sixty-day extension to respond to Mr. Meehan's competency evaluation.

Respectfully submitted,

*Monica Foster*
Monica Foster
Chief Federal Defender

*Gwendolyn M. Beitz*
Gwendolyn M. Beitz

*Joseph M. Cleary*
Joseph M. Cleary
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

**CERTIFICATE OF SERVICE**

I certify that on January 9, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Gwendolyn M. Beitz*
Gwendolyn M. Beitz