UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cr-00002-JPH-CMM |
| ) | |
| SHANE M. MEEHAN, ) | |
|         Defendant. ) | |

## ORDER GRANTING MOTION TO WITHDRAW DOCKET NO. 183

The United States of America has requested that the Court withdraw Docket No. 183, which was filed in error on December 12, 2025.

The Court, having reviewed the motion and being duly advised in the matter, now GRANTS the motion.

The Clerk is directed to show Docket No. 183 as WITHDRAWN.

Date: January 15, 2026

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF