**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|     Plaintiff,  ) | |
| ) | |
| ) | |
| v.  ) | 2:22-cr-00002-JPH-CMM |
| ) | |
| SHANE M. MEEHAN,  ) | |
|     Defendant.  ) | |

**ORDER ON BELATED MOTION FOR EXTENSION TO FILE OBJECTION TO MENTAL COMPETENCY EVAULATION AS ORDERED AT DOCKET 156**

This matter is before the Court upon Belated Motion for Extension to File Objection to the Mental Competency Evaluation as Ordered at Docket 156, and the Court being duly advised, now finds that the Motion should be GRANTED for the reasons set forth in Defendant's Motion.

The Court therefore ORDERS that the date for filing objections to the Mental Competency Evaluation shall be extended to and including 60 days from the date of this filing.

Date:  January 15, 2026

                                            CRAIG M. McKEE, Magistrate Judge
                                            United States District Court
                                            Southern District of Indiana

Distribution to all registered counsel via electronic notification